# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 22, 2014

**Before**

RICHARD A. POSNER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 13-2905

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District Court |
| *Plaintiff–Appellee,* | for the Northern District of Illinois, |
| | Eastern Division |
| v. | |
| | No. 10 CR 896-1 |
| NORVELL MOORE, | |
| *Defendant–Appellant.* | John F. Grady, *Judge.* |

**O R D E R**

The opinion issued in the above-entitled case on August 19, 2014, is hereby amended as follows:

> On page 15, line 6, "unanimity of its verdicts on Counts One and Two" should be changed to "unanimity of its verdicts on Counts Two and Three".

> On page 16, line 4, "a new trial on Counts One and Two" should be changed to "a new trial on Counts Two and Three".